UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DANNON COMPANY, LLC,

        Plaintiff,

-against-

FEDERICO MUYSHONDT,

        Defendant.

Case No 18-CV-1567

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned appears as counsel for Plaintiff in the above-referenced action and respectfully requests that copies of all things and other documents be served upon the undersigned at the address set forth below.

Dated:   New York, New York
           February 21, 2018

           **TARTER KRINSKY & DROGIN LLP**

           By: /s/ Joel H. Rosner
               Joel H. Rosner
           1350 Broadway, 11th Floor
           New York, New York 10018
           Tel (212) 216-8000
           Fax (212) 216-8001
           jrosner@tarterkrinsky.com

           *Attorneys for Plaintiff*