# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| THE DANNON COMPANY, LLC<br><br>*Plaintiff(s)*<br>v.<br>FEDERICO MUYSHONDT<br><br>*Defendant(s)* | Civil Action No. 18-cv-1567 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federico Muyshondt
781 Armonk Road
Mount Kisco, New York 10549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard C. Schoenstein
Tarter Krinsky & Drogin LLP
1350 Broadway, 11th Floor, New York, NY 10018
(212) 216-8000
rschoenstein@tarterkrinsky.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 21, 2018                    /s/ Symia James
                                           *Signature of Clerk or Deputy Clerk*