**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE DANNON COMPANY, LLC,

        Plaintiff,

-against-

FEDERICO MUYSHONDT,

        Defendant.

Case No. 18-cv-1567

**APPEARANCE OF COUNSEL**

To:    The clerk of the court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Defendant Federico Muyshondt.

Date:    February 26, 2018

/s Scott D. Laton
Scott D. Laton (SL1133)

Kauff Laton Miller LLP
950 Third Avenue
New York, NY 10022

Email:   slaton@klmllp.com

Telephone:   (212) 906-3443
Facsimile:   (212) 656-1456