

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

*Richard C. Schoenstein, Partner*
212.216.1120
rschoenstein@tarterkrinsky.com

**MEMO ENDORSED**

April 6, 2018

*VIA ECF*

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, NY 10601

      ***Re:  Dannon v. Muyshondt***
            ***Case No. 18-CV-01567 (KMK) (S.D.N.Y.)***

Dear Judge Karas:

    We represent Plaintiff The Dannon Company, LLC ("Plaintiff") in the above-referenced action. We write jointly on behalf of Plaintiff and Defendant Federico Muyshondt concerning Plaintiff's March 5, 2018 motion for a preliminary injunction (the "Motion"). We wish to request additional time to allow the parties to continue their discussions regarding the need for any additional discovery, including a potential deposition. For these reasons, prior to setting a briefing schedule for the Motion, we would respectfully request that the Court allow us until April 13, 2018 to attempt to resolve the need for and timing of any additional discovery, at which time we will update the Court of the then-current status of the dispute.

    We appreciate the Court's consideration of this request and are available to discuss this matter further at the Court's convenience.

                                    Respectfully,

                                    /s/ Richard C. Schoenstein

*Granted.*
*So Ordered.*
KMK
4/9/18