# Kauff Laton Miller LLP

950 Third Avenue, 15th Floor
New York, NY 10022

MEMO ENDORSED

Scott D. Laton
(212) 906-3443
slaton@klmllp.com

April 13, 2018

VIA ECF

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, NY 10601

    RE:   *The Dannon Company, LLC v. Muyshondt*, 18-cv-01567

Dear Judge Karas,

    We represent Defendant Federico Muyshondt ("Defendant") in the above-referenced action. We write on behalf of Defendant and Plaintiff The Dannon Company, LLC ("Plaintiff") concerning Plaintiff's March 5, 2018 motion for a preliminary injunction (the "Motion").

    The parties are continuing to discuss the need for and timing of any additional discovery, including potential depositions of Defendant and employees of Plaintiff, and wish to have an additional week to attempt to resolve these matters. Accordingly, prior to setting a briefing schedule for the Motion, we respectfully request that the Court allow us until April 20, 2018, at which time we will update the Court of the then-current status of the dispute.

    We appreciate the Court's consideration of this request and are available to discuss this matter further at the Court's convenience.

Respectfully submitted,

/s/ Scott D. Laton

Scott D. Laton

cc: Richard C. Schoenstein (via email)

Granted.

KMK
4/16/18