

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

*Richard C. Schoenstein, Partner*
*212.216.1120*
*rschoenstein@tarterkrinsky.com*

May 21, 2018

**VIA ECF**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, NY 10601

      Re:    *Dannon v. Muyshondt*
             *Case No. 18-CV-01567 (KMK) (S.D.N.Y.)*

Dear Judge Karas:

      We represent Plaintiff The Dannon Company, LLC ("Plaintiff") in the above-referenced action. On behalf of all parties, I write to update the Court and inform it that we have reached an agreement in principle under which the parties will fully resolve this matter. Assuming that agreement is finalized we anticipate submitting to the Court this week a Stipulation and Order Granting a Permanent Consent Injunction and, following the Court entering that order, a Stipulation of Discontinuance. The parties respectfully request that you set a control date next Tuesday, May 29, by which we will either submit the order as planned or inform the Court of our status.

      Again on behalf of both parties, we appreciate the Court's attention and flexibility with respect to this matter.

                                                Respectfully,

                                                Richard C. Schoenstein